UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **ED CV 21-1809-JFW(SHKx)**                                         Date:  October 21, 2022

Title:   Karen Abatecola -v- Experian Information Solutions, Inc., et al.

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                                                None Present
  Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
                None                                                                      None

**PROCEEDINGS (IN CHAMBERS):**      ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER

Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on February 16, 2022 (Docket No. 43), the parties were ordered to file a Pre-Trial Conference Order; Motions in Limine; Memorandum of Contentions of Fact and Law; Pre-Trial Exhibit Stipulation; Summary of Witness Testimony and Time Estimates; Status Report re: Settlement; Agreed Upon Set of Jury Instructions and Verdict Forms; and Joint Statement re: Disputed Instructions, Verdicts, etc. ("Pre-Trial Documents") by October 20, 2022.  The parties have violated the Court's CMO by failing to file any of the required Pre-Trial Documents.

As a result of the parties' violation of the Court's CMO, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); see also *Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).  The Pretrial Conference scheduled for November 4, 2022, the Trial scheduled for November 29, 2022, and any other dates calendared in this matter are hereby **VACATED**.

IT IS SO ORDERED.